IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BITPAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:15-CV-3238-SCJ |

### O R D E R

Counsel for Plaintiff having advised the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action.  If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 23rd day of May, 2016.

                                                                   s/Steve C. Jones
                                                                   STEVE C. JONES
                                                                  UNITED STATES DISTRICT JUDGE