# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BITPAY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-03238-SCJ |
| v. ) | |
| ) | |
| MASSACHUSSETTS BAY ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Bitpay, Inc. ("Bitpay") and Defendant, Massachusetts Bay Insurance Company ("MBIC") hereby stipulate to the dismissal with prejudice of this action. Each party shall bear its own costs, fees, and expenses relating to this litigation.

10240186 v1

| MORRIS, MANNING & MARTIN, LLP | GOODMAN, McGUFFEY, LINDSEY & JOHNSON, LLP |
|---|---|
| */s/ Jessica F. Pardi* | */s/ Stephanie F. Glickauf* |
| Jessica F. Pardi | Stephanie F. Glickauf, Esq. |
| Georgia Bar No. 561204 | Georgia Bar No. 257540 |
| 3343 Peachtree Road, N.E. | 3340 Peachtree Rd., NE |
| Suite 1600 | Suite 2100 |
| Atlanta, GA 30326 | Atlanta, GA 30326 |
| jpardi@mmmlaw.com | sglickauf@gmlj.com |

*Counsel for Plaintiff*

DINSMORE & SHOHL, LLP

Michael J. Weber
*(admitted pro hac vice)*
227 W. Monroe
Suite 3850
Chicago, IL 60606
michael.weber@dinsmore.com

*Counsel for Defendant*

Dated:  June 1, 2016

10240186 v1

## LOCAL RULE 7.1 CERTIFICATION

I certify that this pleading was prepared using the Times New Roman (14 point font) approved by Local Rule 5.1.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Michael J. Weber
>Dinsmore & Shohl LLP
>227 W. Monroe, Suite 3850
>Chicago, IL 60606
>michael.weber@dinsmore.com

>Stephanie F. Glickauf, Esq.
>Goodman, McGuffey, Lindsey & Johnson, LLP
>3340 Peachtree Rd., NE
>Suite 2100
>Atlanta, GA 30326
>sglickauf@gmlj.com

By: */s/ Jessica F. Pardi*
    Jessica F. Pardi

10240186 v1